**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**                     **CASE NO. 5:19-CR-50094**

**FREDERICK HERROD**                                                  **DEFENDANT**

**ORDER**

Comes on for consideration the Report and Recommendation (Doc. 187) filed in this case on July 21, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Motion pursuant to 18 U.S.C. § 2582 to Adjust Sentence to Receive all First Step Act Credits under 18 U.S.C. § 3632(d)(4) (Doc. 185) is **MOOT**. Should Mr. Herrod return to the custody of the Bureau of Prisons in the future, the issue of his credits may be readdressed.

**IT IS SO ORDERED** on this 8th day of August, 2025.

                                                      */s/ Timothy L. Brooks*
                                                      TIMOTHY L. BROOKS
                                                      UNITED STATES DISTRICT JUDGE